# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00416-CV

## In re Harlan Levien, Stephen Levien, Kenneth Ives, and Parvin Johnson, Jr.

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

### M E M O R A N D U M   O P I N I O N

Relators Harlan Levien, Stephen Levien, Kenneth Ives, and Parvin Johnson, Jr., filed a petition for writ of mandamus seeking review of the district court's orders granting a motion to continue a summary-judgment hearing and denying a joint motion for protective order and motion to quash deposition notices, and they also filed a motion for emergency relief asking this Court to stay the underlying trial proceedings, including discovery and previously scheduled depositions of the Relators. *See* Tex. R. App. P. 52.1-.3, .10. In a previous order, we granted the motion for emergency relief and stayed the underlying trial proceedings pending further action by this Court. *See id.* R. 52.10. In addition, we requested that the real parties in interest, Kenneth Levien, Barry Levien, and Phillip Levien, file a response to the petition for writ of mandamus. Having reviewed the petition, the response, and the record, we dissolve our stay and deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed:  August 26, 2016